UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTABEK MATLOBOV,

Petitioner,

- against -

MARKWAYNE MULLIN, *et al.*,

Respondents.

**No. 26 Civ. 6101 (ER)**

**STIPULATION AND ~~[PROPOSED]~~ ORDER**

WHEREAS, on July 18, 2026, Petitioner, Otabek Matlobov ("Petitioner"), brought this habeas action under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") and seeking an order from this Court requiring that he be provided a bond hearing with certain criteria;

WHEREAS, Petitioner was arrested by ICE on June 11, 2026, and he is subject to detention under 8 U.S.C. § 1226(a), under which he is entitled to seek a bond hearing by an immigration judge; and

WHEREAS, based on the specific facts and circumstances of this case, the government has agreed to provide Petitioner with a bond hearing with certain criteria; therefore

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that:

1. This action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party.
2. The government shall, subject to Petitioner's counsel's availability and on a date between August 10, 2026, and August 21, 2026, provide Petitioner with an individualized bond hearing before an immigration judge at which ICE bears the

burden of establishing, by clear and convincing evidence, that he poses a danger to the community or a flight risk. At that hearing, the immigration judge must consider alternative conditions of release with respect to both dangerousness and risk of flight. If the immigration judge sets a monetary bond, he or she must consider Petitioner's ability to pay in determining the appropriate bond amount.

3. The government has agreed to take this action based on the specific facts and circumstances presented in this matter, and nothing in this stipulation shall be construed as an admission of liability or wrongdoing by the government, or a concession of any rights or arguments by the government or by the petitioner; nor shall it be construed to require the government to provide a similar bond hearing to any other noncitizen in similar or dissimilar circumstances, and this agreement shall in no way be used to undermine the government's litigation position in any other case.

4. The Court shall retain jurisdiction to enforce compliance with this stipulation and order.

The Bronx, New York
July 23, 2026

THE BRONX DEFENDERS
*Attorney for Petitioner*

Jessica Coffrin-St. Julien (signature)

___________________________
Jessica Coffrin-St. Julien, Esq.
Nhu-Y Ngo, Esq.
360 East 161st Street
The Bronx, New York 10451
Tel. (646) 780-9930

New York, New York
July 23, 2026

JAY CLAYTON
Acting United States Attorney for the
Southern District of New York
*Attorney for Respondents*

Janet Guyon (signature)

___________________________
Janet Lynne Guyon, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (917) 484-0324

SO ORDERED:

___________________________
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
July 24, 2026
New York, New York